IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOEFFLER, *et al.*, <br><br> Defendants. | CASE NO. 2:25-cv-02328 <br><br> JUDGE VANCE <br> MAG. NORTH |

**ORDER**

Defendants' Consent Motion to Stay, ECF No. 14, is hereby GRANTED. It is ORDERED that all litigation is STAYED for a period of 60 days, such that Defendants' response to the Complaint is due April 14, 2026.

SO ORDERED.

New Orleans, Louisiana, this 9th day of February, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE