# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "R" cases are hereby reallotted to Judge Anna St. John, Section "N" of this Court, effective as of the date of this Order.

### Civil:

24-714        Wilson v. City of Bogalusa

25-1035       SEALED v. SEALED

25-2354       Arceneaux v. Huntington Ingalls, Inc., et al

25-1666       Gabriel v. Huntington Ingalls, Inc., et al

25-2328       Revier Technologies Inc., et al v. U.S. Small Business Administration, et al

25-1687       Southeast Louisiana Flood Protection Authority East v. ACE American Insurance Company, et al.

25-2423       M.P. v. Lake Forest Elementary Charter School Corp.

### Criminal:

22-cr-158     United States v. Damon Williams

IT IS FURTHER ORDERED that all deadlines and hearings remain in effect unless and until there is an order from Section "N" directing otherwise.

New Orleans, Louisiana this 14th day of April, 2026.

**WENDY B. VITTER, Chief Judge**
**United States District Court**