**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

*Plaintiffs*,

v.

LOEFFLER, *et al.*,

*Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

Submission Date: May 27, 2026

**MOTION TO INTERVENE AS DEFENDANTS ON BEHALF OF**
**PROPOSED INTERVENORS SAGE SERVICE GROUP AND GOVCONTRACTPROS**

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, Sage Services Group and

GovContractPros ("Proposed Intervenors") move to intervene as of right as party-defendants.  In

the alternative, the Proposed Intervenors move to permissively intervene under Rule 24(b). This

motion is supported by the attached memorandum of law and accompanying exhibits. Proposed

Intervenors also attached a proposed motion to dismiss to be filed if intervention is granted.

Pursuant to Local Rule 7.6, counsel for Proposed Interventors reached out to counsel for

the above-captioned parties via email on May 11, 2026 for their position on this motion to

intervene. Neither counsel for plaintiffs nor counsel for defendants responded.

1

Dated: May 12, 2026

Respectfully submitted,

/s/ _William Most_
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
williammost@gmail.com

Cortney Robinson Henderson*
Emily Sue Newton*+
Steven Y. Bressler*
Robin F. Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

Sarah von der Lippe*
(D.C. Bar No. 454585)
Minority Business Enterprise Legal Defense and
Education Fund, Inc.
1104 East Capitol St. NE
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenors*

*\*Pro Hac Vice Forthcoming*

*+ Of Counsel; located in California; and
admitted only in Virginia*