**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

    *Plaintiffs*,

    v.

LOEFFLER, *et al.*,

    *Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

Submission Date: May 27, 2026[1]

**MOTION TO INTERVENE AS DEFENDANTS ON BEHALF OF**
**PROPOSED INTERVENORS SAGE SERVICES GROUP AND GOVCONTRACTPROS**

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, Sage Services Group and GovContractPros ("Proposed Intervenors") move to intervene as of right as party-defendants.  In the alternative, the Proposed Intervenors move to permissively intervene under Rule 24(b). This motion is supported by the attached memorandum of law and accompanying exhibits. Proposed Intervenors also attached a proposed order and proposed motion to dismiss to be filed if intervention is granted.

Pursuant to Local Rule 7.6, counsel for Proposed Intervenors reached out to counsel for the above-captioned parties via email on May 11, 2026, for their position on this motion to intervene. Neither counsel for plaintiffs nor counsel for defendants responded.

---

[1] Proposed Intervenors moved to intervene on May 12, 2026, and noticed the motion to intervene for submission on May 27, 2026. ECF No. 21. That original filing was found deficient because Proposed Intervenors' proposed motion to dismiss were not accompanied by a separate, supporting memorandum and notice of submission. On May 14, 2026, Proposed Intervenors cured said deficiency and refiled this motion to intervene per the Court's instructions.

1

Dated: May 12, 2026

Respectfully submitted,

/s/ _William Most_
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
williammost@gmail.com

Cortney Robinson Henderson*
Emily Sue Newton*+
Steven Y. Bressler*
Robin F. Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

Sarah von der Lippe*
(D.C. Bar No. 454585)
Minority Business Enterprise Legal Defense and
Education Fund, Inc.
1104 East Capitol St. NE
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenors*

*\*Pro Hac Vice Forthcoming*

*+ Of Counsel; located in California; and
admitted only in Virginia*