**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

    *Plaintiffs*,

    v.

LOEFFLER, *et al.*,

    *Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

Submission Date: May 27, 2026

**[PROPOSED] ORDER**

**CONSIDERING** Proposed Defendant-Intervenors Sage Services Group and GovContractPros' ("Proposed Intervenors") motion to intervene as of right as party-defendants pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, or in the alternative, by permissively under Rule 24(b), and said motion's accompanying memorandum of law and exhibits; .

**IT IS ORDERD** that Proposed Intervenors' Motion to Intervene As Defendants on Behald of Proposed Intervenors Sage Services Group and GovContractPros is **GRANTED.**

New Orleans, Louisiana, this _____ day of _____, 2026.

_____

**JUDGE**

1