**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,* | |
| *Plaintiffs*, | CASE NO. 2:25-cv-02328 |
| | JUDGE ST. JOHN |
| v. | MAG. NORTH |
| LOEFFLER, *et al.*, | |
| *Defendants.* | |

**NOTICE OF SUBMISSION**

Proposed Intervenors' Motion to Dismiss Plaintiffs' Complaint is noticed for submission on June 10, 2026.[1]

Dated: May 14, 2026

Respectfully submitted,

/s/ *William Most*
William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
williammost@gmail.com

Cortney Robinson Henderson*
Emily Sue Newton*+
Steven Y. Bressler*
Robin F. Thurston*
Democracy Forward Foundation
P.O. Box 34553

---

[1] Proposed Intervenors moved to intervene on May 12, 2026, and noticed the motion to intervene for submission on May 27, 2026. ECF No. 21. That original filing was found deficient because Proposed Intervenors' proposed motion to dismiss were not accompanied by a separate, supporting memorandum and notice of submission. On May 14, 2026, Proposed Intervenors cured said deficiency and refiled their motion to intervene per the Court's instructions, including a proposed motion to dismiss, supporting memorandum and this notice of submission.

Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

Sarah von der Lippe*
(D.C. Bar No. 454585)
Minority Business Enterprise Legal Defense and
Education Fund, Inc.
1104 East Capitol St. NE
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenors*

*\*Pro Hac Vice Forthcoming*

*+ Of Counsel; located in California; and
admitted only in Virginia*

2