**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,* | |
| *Plaintiffs*, | CASE NO. 2:25-cv-02328 |
| v. | JUDGE ST. JOHN |
| LOEFFLER, *et al.*, | MAG. NORTH |
| *Defendants.* | |

**EX PARTE MOTION FOR ADMISSIONPRO HACE VICE**

Proposed Intervenors Sage Services Group and GovContractPros (collectively, "Proposed Intervenors") move the Court, pursuant to Local Rule 83.2.5, to admit Cortney Robinson Henderson, an attorney in good standing in the District of Columbia, as counsel pro hac vice on its behalf.

Mrs. Henderson practices law with Democracy Forward Foundation, P.O. Box 34553, Washington, D.C. 20043. Mrs. Henderson is a member in good standing of the Bar of the District of Columbia (admitted in 2019) (DC Bar No. 1656074). See Certificate of Good Standing, attached as Ex. A. No disciplinary proceedings or criminal charges have been instituted against Mrs. Henderson in any state or federal court. See Mrs. Henderson's Declaration, attached as Ex. B.

As required by Local Rule 83.2.5 and Rule 2 of this Court's Administrative Procedures for Case Filing, attached to this Motion are: the Certificate of Good Standing (Ex.A), Mrs. Henderson's Declaration (Ex. B), and a completed E.D. LA Consent to Electronic Filing form, attached as Ex. C.

Mrs. Henderson and her support staff have extensive knowledge and experience using the CM/ECF system and have filed and managed cases in various courts using the CM/ECF system including, but not limited to, the United States Court of Appeals for the District of Columbia Circuit, United States District Court - District of Columbia, and the Supreme Court of the United States.

Mrs. Henderson agrees to abide by the rules of the Court and conduct herself as an attorney and counselor of this Court, uprightly and according to the law. William Most of the law firm of MOST & ASSOCIATES are counsel for Proposed Intervenors in this matter and are admitted to practice before this Court.

By this Motion, Mr. Most request that the Court admit, pro hac vice, Cortney Robinson Henderson to act as cocounsel for Proposed Intervenors.

Accordingly, Proposed Intervenors and undersigned counsel move this Court to enter an Order granting the admission pro hac vice of Cortney Robinson Henderson to appear as counsel of record for Proposed Intervenors.

Respectfully submitted:

/s/ *William Most*
William Most

William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #
9685  New Orleans, LA 70170
Tel: 504-509-5023
williammost@gmail.com

*Counsel for Proposed Intervenors*