# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

REVIER TECHNOLOGIES, INC., *et al.,*

    *Plaintiffs,*

    v.

LOEFFLER, *et al.,*

    *Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

## [PROPOSED] ORDER

**CONSIDERING** Proposed Intervenors' Ex Parte Motion for Admission Pro Hac Vice:

**IT IS ORDERED** that Cortney Robinson Henderson be admitted as counsel of record pro hac vice for Proposed Intervenors.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
**JUDGE**