**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**REVIER TECHNOLOGIES, INC., ET AL.**                    **CIVIL ACTION**

**VERSUS**                                               **NUMBER: 25-2328**

**U.S. SMALL BUSINESS ADMINISTRATION, ET AL.**           **SECTION: "N" (5)**

**ORDER**

    **IT IS ORDERED** that the Motion to Intervene as Defendants on Behalf of Proposed Intervenors Sage Service Group and GovOntractPros (rec. doc. 22) is **SET FOR ORAL HEARING** before the undersigned on **Thursday, June 4, 2026 at 11:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans, Louisiana 70130.[1]

    New Orleans, Louisiana, this 18th day of _____ May _____, 2026.

                              **MICHAEL B. NORTH**
                 **UNITED STATES MAGISTRATE JUDGE**

---

[1] The submission date and all attendant filing deadlines remain as noticed in the motion.