**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,*<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LOEFFLER, *et al.*,<br><br>    *Defendants.* | CASE NO. 2:25-cv-02328<br><br>JUDGE ST. JOHN<br>MAG. NORTH |

**EX PARTE MOTION FOR ADMISSION PRO HACE VICE**

Proposed Intervenors Sage Services Group and GovContractPros (collectively, "Proposed Intervenors") move the Court, pursuant to Local Rule 83.2.5, to admit Emily Sue Newton, an attorney in good standing in the District of Columbia, as counsel pro hac vice on its behalf.

Ms. Newton practices law with Democracy Forward Foundation, P.O. Box 34553, Washington, D.C. 20043. Ms. Newton is a member in good standing of the Bar of the State of Virgina (admitted in 2010) (VA Bar No. 80745). See Certificate of Good Standing, attached as Ex. A. No disciplinary proceedings or criminal charges have been instituted against Ms. Newton in any state or federal court. See Ms. Newton's Declaration, attached as Ex. B.

As required by Local Rule 83.2.5 and Rule 2 of this Court's Administrative Procedures for Case Filing, attached to this Motion are: the Certificate of Good Standing (Ex.A), Ms. Newton's Declaration (Ex. B), and a completed E.D. LA Consent to Electronic Filing form, attached as Ex. C.

Ms. Newton and her support staff have extensive knowledge and experience using the CM/ECF system and have filed and managed cases in various courts using the CM/ECF system including, but not limited to, the list of attached courts.

Ms. Newton agrees to abide by the rules of the Court and conduct herself as an attorney and counselor of this Court, uprightly and according to the law. William Most of the law firm of MOST & ASSOCIATES are counsel for Proposed Intervenors in this matter and are admitted to practice before this Court.

By this Motion, Mr. Most requests that the Court admit, pro hac vice, Emily Sue Newton, to act as cocounsel for Proposed Intervenors.

Accordingly, Proposed Intervenors and undersigned counsel move this Court to enter an Order granting the admission pro hac vice of Emily Sue Newton to appear as counsel of record for Proposed Intervenors.

Respectfully submitted:

/s/*William Most*
William Most (La. Bar No. 36914)
Most & Associates

201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-509-5023
williammost@gmail.com

*Counsel for Proposed Intervenors*

Federal Court Admissions – Emily Newton (May 2026)

**Arizona**
- District of Arizona

**California**
- Northern District of California
- Central District of California
- Southern District of California

**Delaware**
- District of Delaware

**District of Columbia**
- U.S. District Court for the District of Columbia

**Florida**
- Northern District of Florida
- Middle District of Florida
- Southern District of Florida

**Illinois**
- Northern District of Illinois

**Indiana**
- Northern District of Indiana

**Maryland**
- District of Maryland

**Minnesota**
- District of Minnesota

**Missouri**
- Western District of Missouri

**New Jersey**
- District of New Jersey

**New York**
- Southern District of New York

**Ohio**
- Northern District of Ohio

**Tennessee**
- Western District of Tennessee

**Texas**
- Northern District of Texas
- Eastern District of Texas
- Southern District of Texas

**Virginia**
- Eastern District of Virginia