**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

       *Plaintiffs,*

   v.

LOEFFLER, *et al.,*

       *Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

**[PROPOSED] ORDER**

    **CONSIDERING** Proposed Intervenors' Ex Parte Motion for Admission Pro Hac Vice:

    **IT IS ORDERED** that Emily Sue Newton be admitted as counsel of record pro hac vice for Proposed Intervenors.

    New Orleans, Louisiana, this _____ day of _____, 2026.

_____
                           **JUDGE**