# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>LOEFFLER, *et al.,*<br><br>*Defendants.* | CASE NO. 2:25-cv-02328<br><br>JUDGE ST. JOHN<br>MAG. NORTH |

**DECLARATION OF ROBIN F. THURSTON**
**IN SUPPORT OF MOTION FOR PRO HAC VICE**

I, ROBIN F. THURSTON, declare under penalty of perjury as follows:

1. I am an attorney at Democracy Forward Foundation, P.O. Box 34553, Washington, D.C. 20043

2. Pursuant to the rules of this Court, I move to be admitted pro hac vice to the bar of this court for the purpose of representing Proposed Intervenors Sage Services Group and GovContractPros (collectively, "Proposed Intervenors") in this matter.

3. I am a member of good standing in the District of Columbia (Bar No. 1531399).

4. I am admitted to practice in other federal district courts: the United States Court of Appeals – 1st Circuit, United States Court of Appeals - 2nd Circuit, United States Court of Appeals - 3rd Circuit, United States Court of Appeals - 4th Circuit, United States Court of Appeals - 5th Circuit, United States Court of Appeals - 6th Circuit, United States Court of Appeals - 7th Circuit, United States Court of Appeals – 8th Circuit, United States Court of Appeals – 9th Circuit, United States Court of Appeals – 11th Circuit, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the

District of Maryland, United States District Court for the District of Columbia, and the Supreme Court of the United States.

5. No disciplinary proceedings or criminal charges have been instituted against me in any state or federal court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of this Court to appear in the instant matter.

/s/ _____
Robin F. Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Tel: 202-448-9090
rthurston@democracyforward.org

*pro hac vice* pending