## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

REVIER TECHNOLOGIES, INC., *et al.,*

     *Plaintiffs*,

  v.

LOEFFLER, *et al.,*

     *Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

### [PROPOSED] ORDER

**CONSIDERING** Proposed Intervenors' Ex Parte Motion for Admission Pro Hac Vice:

**IT IS ORDERED** that Robin F. Thurston be admitted as counsel of record pro hac vice for Proposed Intervenors.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
                                **JUDGE**