# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

    *Plaintiffs*,

    v.

LOEFFLER, *et al.*,

    *Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

**DECLARATION OF SARAH VON DER LIPPE
IN SUPPORT OF MOTION FOR PRO HAC VICE**

I, SARAH VON DER LIPPE, declare under penalty of perjury as follows:

1. I am an attorney at Minority Business Enterprise Legal Defense and Education Fund 1104 East Capitol St. NE, Washington, D.C., 20002.

2. Pursuant to the rules of this Court, I move to be admitted pro hac vice to the bar of this court for the purpose of representing Proposed Intervenors Sage Services Group and GovContractPros (collectively, "Proposed Intervenors") in this matter.

3. I am a member of good standing in the District of Columbia (Bar No. 454585).

4. I am admitted to practice in other federal district courts: United States District Court of the District of Columbia.

5. No disciplinary proceedings or criminal charges have been instituted against me in any state or federal court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of this Court to appear in the instant matter.

/s/ _S. von der Lippe_

Sarah von der Lippe*
Minority Business Enterprise Legal Defense and Education Fund
1104 East Capitol St. NE
Washington, D.C. 20002
Tel: 202-744-5415
SCvdL@mbeldefwatchdog.org

*pro hac vice* pending