**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., and
YOUNG AMERICA'S FOUNDATION,

      Plaintiffs,

      v.

LOEFFLER, *et al.*,

      Defendants.

Case No. 2:25-cv-02328

**[PROPOSED] ORDER**

The Parties' Joint Motion to Continue Stay and Defer Consideration of the Pending Motion to Intervene, ECF No. __, is hereby GRANTED.  It is ORDERED that all litigation is STAYED for an additional period of seven days, such that Defendants' response to the Complaint is due May 26, 2026.  It is further ORDERED that the Oral Hearing scheduled for June 4, 2026, is CANCELLED until further notice.

SO ORDERED.

                        /s/_____