**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., and
YOUNG AMERICA'S FOUNDATION,

      Plaintiffs,

     v.

LOEFFLER, *et al.*,

      Defendants.

Case No. 2:25-cv-02328

**[PROPOSED] ORDER**

The Parties' Joint Motion to Continue Stay, ECF No. __, is hereby GRANTED.  It is ORDERED that all litigation is STAYED, such that Defendants' response to the Complaint is due May 26, 2026.

SO ORDERED.

/s/_____
United States District Judge