**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., and
YOUNG AMERICA'S FOUNDATION,

      Plaintiffs,

    v.

LOEFFLER, *et al.*,

      Defendants.

Case No. 2:25-cv-02328

**[PROPOSED] ORDER**

The Parties' Joint Motion to Defer Consideration of the Pending Motion to Intervene, ECF No. __, is hereby GRANTED.  It is ORDERED that the Oral Hearing scheduled for June 4, 2026, is CANCELLED until further notice.

SO ORDERED.

/s/ _____
United States Magistrate Judge