**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., and
YOUNG AMERICA'S FOUNDATION,

        Plaintiffs,

        v.

LOEFFLER, *et al.*,

        Defendants.

Case No. 2:25-cv-02328

## ORDER

The Parties' Joint Motion to Continue Stay, ECF No. <u>31</u>, is hereby GRANTED.  It is ORDERED that all litigation is STAYED, such that Defendants' response to the Complaint is due May 26, 2026.

New Orleans, Louisiana this <u>  21st  </u> day of <u>  May  </u>, <u> 2026 </u>.

_____
United States District Judge