**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., ET AL.                    CIVIL ACTION

VERSUS                                                                    NUMBER: 25-2328

U.S. SMALL BUSINESS ADMINISTRATION, ET AL.      SECTION: "N" (5)

## ORDER

Before the Court is the Joint Motion to Defer Consideration of the Pending Motion to Intervene.  (Rec. doc. 32).  Having reviewed the motion,

**IT IS ORDERED** that the motion (rec. doc. 32) is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the Motion to Intervene as Defendants on Behalf of Proposed Intervenors Sage Service Group and GovContractPros (rec. doc. 22) is **DISMISSED WITHOUT PREJUDICE**, reserving the right to refile the motion at a later date.

**IT IS FURTHER ORDERED** that the oral hearing set on June 4, 2026 is **CANCELLED**.

New Orleans, Louisiana, this 22nd  day of _____ May _____, 2026.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**