**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,*<br><br>        *Plaintiffs*,<br><br>   v.<br><br>LOEFFLER, *et al.*,<br><br>        *Defendants.* | CASE NO. 2:25-cv-02328<br><br>JUDGE ST. JOHN<br>MAG. NORTH |

**EX PARTE MOTION FOR ADMISSION PRO HACE VICE**

Proposed Intervenors Sage Services Group and GovContractPros (collectively, "Proposed Intervenors") move the Court, pursuant to Local Rule 83.2.5, to admit Steven Y. Bressler, an attorney in good standing in the District of Columbia, as counsel pro hac vice on its behalf.

Mr. Bressler practices law with Democracy Forward Foundation, P.O. Box 34553, Washington, D.C. 20043. Mr. Bressler is a member in good standing of the Bar of the District of Columbia (admitted in 2003) (DC Bar No. 482492). See Certificate of Good Standing, attached as Ex. A. No disciplinary proceedings or criminal charges have been instituted against Mr. Bressler in any state or federal court. See Mr. Bressler's Declaration, attached as Ex. B.

As required by Local Rule 83.2.5 and Rule 2 of this Court's Administrative Procedures for Case Filing, attached to this Motion are: the Certificate of Good Standing (Ex.A), Mr. Bressler's Declaration (Ex. B), and a completed E.D. LA Consent to Electronic Filing form, attached as Ex. C.

Mr. Bressler and his support staff have extensive knowledge and experience using the CM /ECF system and have filed and managed cases in various courts using the CM/ECF system including, but not limited to, the United States Court of Appeals for the District of Columbia Circuit, United States District Court for the District of Maryland, and the United States District Court for the District of Columbia.

Mr. Bressler agrees to abide by the rules of the Court and conduct himself as an attorney and counselor of this Court, uprightly and according to the law. William Most of the law firm of MOST & ASSOCIATES are counsel for Proposed Intervenors in this matter and are admitted to practice before this Court.

By this Motion, Mr. Most request that the Court admit, pro hac vice, Steven Y. Bressler to act as cocounsel for Proposed Intervenors.

Accordingly, Proposed Intervenors and undersigned counsel move this Court to enter an Order granting the admission pro hac vice of Steven Y. Bressler to appear as counsel of record for Proposed Intervenors.

Respectfully submitted: /s/__

*William Most*
William Most

William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504-509-5023
williammost@gmail.com

*Counsel for Proposed Intervenors*