**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.*,

        Plaintiffs,

    v.

LOEFFLER, *et al.*,

        Defendants.

CASE NO. 2:25-cv-02328

**CONSENT MOTION FOR LEAVE TO FILE**

Defendants the United States Small Business Administration ("SBA"), Kelly Loeffler, in her official capacity, United States Department of Justice ("DOJ"), and Todd Blanche,[1] in his official capacity (collectively, "Defendants"), hereby respectfully request leave from the Court to file the attached letter of Hon. D. John Sauer, United States Solicitor General, to Hon. Mike Johnson, Speaker, United States House of Representatives ("530D Letter") as Defendants' response to the Complaint, ECF No. 1. *See*, *e.g.*, *Faust v. Rollins*, No. 1:25-cv-854-BBC (E.D. Wisc.), ECF No. 16 (Feb. 24, 2026) (granting the Government's request to treat a 530D letter as an answer); *Students for Fair Admissions v. United States Coast Guard, et al.*, No. 5:25-cv-00284 (N.D. Fla.), ECF No. 23 (Apr. 8, 2026) (same); *Texas Farm Bureau, et al. v. USDA et al.*, No. 2:25-cv-181 (N.D. Tex.), ECF No. 22 (Apr. 27, 2026) (same). In support of this motion, Defendants aver as follows:

---

[1] Acting Attorney General Todd Blanche is automatically substituted for Defendant Pamela Bondi pursuant to Federal Rule of Civil Procedure 25(d).

1. On November 17, 2025, Plaintiffs filed a complaint alleging SBA's regulation at 13 C.F.R. § 124.103(b) establishing a presumption of "socially disadvantaged" status based on race violates the equal protection guarantees of the Constitution. *See* Complaint, ECF No. 1.

2. Defendants' response to the Complaint is due May 26, 2026. *See* Order, ECF No. 33.

3. On November 25, 2025, DOJ notified Congress pursuant to 28 U.S.C. § 530D that the Department has concluded 13 C.F.R. 124.103(b)'s rebuttable presumption that members of certain racial groups are socially disadvantaged violates the Constitution, that the Department will no longer defend that rebuttable presumption in court, and that the Department will be taking that position in litigation. *See* 530D Letter. Specifically, the Department of Justice has determined that 13 C.F.R. 124.103(b)'s rebuttable presumption violates the equal protection component of the Fifth Amendment's Due Process Clause. *Id.*

4. Undersigned counsel has conferred with Plaintiffs' counsel and Plaintiffs consent to treating the 530D Letter as Defendants' response to the Complaint. Furthermore, Plaintiffs consent to construing their request for relief as limited to 13 C.F.R. § 124.103(b), and not the broader Section 8(a) program regulation, *see* SBA Regulation, U.S. Small Business Administration, *8(a) Business Development/Small Disadvantaged Business Status Determinations*, 63 Fed. Reg. 35726 (June 30, 1998) (codified at 13 C.F.R. parts 121, 124, and 134); *see also* Complaint at 30.

5. Defendants respectfully request that the Court issue a scheduling order setting forth a reasonable deadline for any entities who may wish to intervene to seek leave to do so.

Dated: May 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
D.C. Bar No. 90030102
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 353-5525
eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*