**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.*,

      Plaintiffs,

    v.

LOEFFLER, *et al.*,

      Defendants.

Case No. 2:25-cv-02328

**[PROPOSED] ORDER**

Defendants' Consent Motion for Leave to File, ECF No. __, is hereby GRANTED.  It is hereby ORDERED that:

1.  The United States District Clerk is DIRECTED to file the 530D Letter, currently docketed at ECF No. __, as a separately filed response to the Complaint, ECF No. 1.

2.  It is further ORDERED that any entity wishing to intervene in this action shall seek leave to do so by [date].

SO ORDERED.

/s/ _____
United States Magistrate Judge