Case 2:25-cv-02328-ASJ-MBN    Document 38-1    Filed 05/26/26    Page 1 of 1

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **EMILY SUE NEWTON** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **EMILY SUE NEWTON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 20, 2010**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued May 11, 2026

DaVida M. Davis
**Director of Regulatory Compliance**