# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,*<br><br>    *Plaintiffs,*<br><br>    v.<br><br>LOEFFLER, *et al.*,<br><br>    *Defendants.* | CASE NO. 2:25-cv-02328<br><br>JUDGE ST. JOHN<br>MAG. NORTH |

**DECLARATION OF EMILY SUE NEWTON**
**IN SUPPORT OF MOTION FOR PRO HAC VICE**

I, EMILY SUE NEWTON, declare under penalty of perjury as follows:

1. I am an attorney at Democracy Forward Foundation, P.O. Box 34553, Washington, D.C. 20043.

2. Pursuant to the rules of this Court, I move to be admitted pro hac vice to the bar of this court for the purpose of representing Proposed Intervenors Sage Services Group and GovContractPros (collectively, "Proposed Intervenors") in this matter.

3. I am a member of good standing in the State of Virgina (Bar No. 80745).

4. I am admitted to practice in other federal district courts: attached list of courts.

5. No disciplinary proceedings or criminal charges have been instituted against me in any state or federal court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7.  I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of this Court to appear in the instant matter.

/s/ ___*Emily Sue Newton*___
Emily Sue Newton*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Tel: 202-448-9090
enewton@c.democracyforward.org


*\*pro hac vice* pending

Federal Court Admissions – Emily Newton (May 2026)

**Arizona**
- District of Arizona

**California**
- Northern District of California
- Central District of California
- Southern District of California

**Delaware**
- District of Delaware

**District of Columbia**
- U.S. District Court for the District of Columbia

**Florida**
- Northern District of Florida
- Middle District of Florida
- Southern District of Florida

**Illinois**
- Northern District of Illinois

**Indiana**
- Northern District of Indiana

**Maryland**
- District of Maryland

**Minnesota**
- District of Minnesota

**Missouri**
- Western District of Missouri

**New Jersey**
- District of New Jersey

**New York**
- Southern District of New York

**Ohio**
- Northern District of Ohio

**Tennessee**
- Western District of Tennessee

**Texas**
- Northern District of Texas
- Eastern District of Texas
- Southern District of Texas

**Virginia**
- Eastern District of Virginia