

**MOST & ASSOCIATES**

201 St. Charles Ave.         (504) 509-5023
Ste. 2500, # 9685           williammost@gmail.com
New Orleans, LA 70170       mostandassociates.com

May 26, 2026

*Via* **PACER**

Clerk of Court

United States District Court – Eastern District of LA

500 Poydras Street

New Orleans, Louisiana 70130

        Re:    *Revier Technologies, Inc., et al. v. Loeffler, et al.*
               Case No. 2:25-cv-02328, Judge St. John, Magistrate Judge North

Dear Clerk of Court,

        In connection to the above referenced matter, a Motion for *Pro Hac Vice* and its associated documents to enroll Steven Bressler was being filed at approximately 12:40 pm Central Time on May 26, 2026. An error message was received and subsequently the transaction was processed twice. $100 is the amount of refund requested. The receipt number of the duplicate payment is ALAEDC-11467285.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALAEDC 11467285 | Card $100.00 | 5/26/2026 1:40:51 PM ET | 05/26/2026 | LAED USDC CM ECF | 0000463401 | Success | William Brock Most | 4967 Sale 282KIL5R |

                              Very truly yours,

                              William Most

                              William Most