## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,* | |
| *Plaintiffs*, | CASE NO. 2:25-cv-02328 |
| v. | JUDGE ST. JOHN |
| LOEFFLER, *et al.,* | MAG. NORTH |
| *Defendants.* | |

## ORDER

**CONSIDERING** Proposed Intervenors' Ex Parte Motion for Admission Pro Hac Vice:

**IT IS ORDERED** that Robin F. Thurston be admitted as counsel of record pro hac vice for Proposed Intervenors.

New Orleans, Louisiana, this 27th day of ___May___, 2026.

_____
**ANNA ST. JOHN**
**UNITED STATES DISTRICT JUDGE**