**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

     *Plaintiffs*,

   v.

LOEFFLER, *et al.*,

     *Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

**ORDER**

**CONSIDERING** Proposed Intervenors' Ex Parte Motion for Admission Pro Hac Vice:

**IT IS ORDERED** that Emily Sue Newton be admitted as counsel of record pro hac vice for Proposed Intervenors.

New Orleans, Louisiana, this 27th day of ___May___, 2026.

_____

**ANNA ST. JOHN**
**UNITED STATES DISTRICT JUDGE**