UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REVIER TECHNOLOGIES, INC., *et al.*               CIVIL ACTION

VERSUS                                            NO. 25-2328

LOEFFLER, *et al.*                                SECTION "N"

## ORDER

**IT IS ORDERED** that Defendants' Consent Motion for Leave to File[1] is **GRANTED**. The 530D Letter[2] is treated as Defendants' response to the complaint.

**IT IS FURTHER ORDERED** that any proposed intervenor must move to intervene in this action by **June 29, 2026**. Any motion to intervene must comply with Local Civil Rule 7 and all other applicable federal and local rules. The parties and any proposed intervenors shall submit a joint status report proposing a schedule for further proceedings by **July 20, 2026**.

New Orleans, Louisiana, this 28th day of May, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 37.
[2] R. Doc. 37-1.