**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

   *Plaintiffs*,

  v.

LOEFFLER, *et al.*,

   *Defendants.*

CASE NO. 2:25-cv-02328
JUDGE ST. JOHN
MAG. NORTH

## NOTICE OF SUBMISSION

Proposed Intervenors' Motion to Intervene is noticed for submission on July 22, 2026.


Dated: June 29, 2026

        Respectfully submitted,

        /s/ *Cortney Robinson Henderson*
        Cortney Robinson Henderson*
        Emily Sue Newton*+
        Steven Y. Bressler*
        Robin F. Thurston*
        Democracy Forward Foundation
        P.O. Box 34553
        Washington, D.C. 20043
        Main: 202-448-9090
        crhenderson@democracyforward.org

        William Most (La. Bar No. 36914)
        Most & Associates
        201 St. Charles Ave., Ste. 2500, # 9685
        New Orleans, LA 70170
        Tel: 985-441-9355
        williammost@gmail.com

        Sarah von der Lippe*
        (D.C. Bar No. 454585)
        Minority Business Enterprise Legal Defense and
        Education Fund, Inc.
        1104 East Capitol St. NE

1

Washington, D.C. 20002
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenors*

*\*Admitted Pro Hac Vice*

*+ Of Counsel; located in Ohio; and admitted only in Virginia*