**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,* | |
| *Plaintiffs*, | CASE NO. 2:25-cv-02328 |
| v. | JUDGE ST. JOHN |
| LOEFFLER, *et al.*, | MAG. NORTH |
| *Defendants.* | |

**ORDER**

**CONSIDERING** Proposed Defendant-Intervenors Sage Services Group and GovContractPros' ("Proposed Intervenors") motion to intervene as of right as party-defendants pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, or in the alternative, by permissively under Rule 24(b), and said motion's accompanying memorandum of law and exhibits;

**IT IS ORDERED** that Proposed Intervenors' Motion to Intervene As Defendants on Behalf of Proposed Intervenors Sage Services Group and GovContractPros is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
**JUDGE**