**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

     *Plaintiffs*,

     v.

LOEFFLER, *et al.*,

     *Defendants.*

CASE NO. 2:25-cv-02328

JUDGE ST. JOHN
MAG. NORTH

Submission Date: July 22, 2026

**PROPOSED INTERVENOR-DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, Proposed Intervenors Sage Services Group and GovContractPros move to dismiss Plaintiffs' Revier Technologies and Young Americas Foundation Complaint. Plaintiffs lack Article III standing, do not allege facts demonstrating concrete, imminent injury, request jurisdictionally deficient and overly broad relief, and fail to state a plausible claim that the challenged 8(a) Regulation is unconstitutional in all of its applications. This motion is supported by the attached memorandum of law.

Dated: June 29, 2026

Respectfully submitted,

/s/ *Cortney Robinson Henderson*
Cortney Robinson Henderson*
Emily Sue Newton*+
Steven Y. Bressler*
Robin F. Thurston*
Democracy Forward Foundation
P.O. Box 34553

1

Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
williammost@gmail.com

Sarah von der Lippe*
(D.C. Bar No. 454585)
Minority Business Enterprise Legal Defense and
Education Fund, Inc.
1104 East Capitol St. NE
Washington, D.C. 20002
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenors*

*\*Admitted Pro Hac Vice*

*+ Of Counsel; located in Ohio; and admitted only
in Virginia*