**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

        *Plaintiffs*,

    v.

LOEFFLER, *et al.*,

        *Defendants.*

CASE NO. 2:25-cv-02328
JUDGE ST. JOHN
MAG. NORTH

**NOTICE OF SUBMISSION**

Proposed Intervenors' Motion to Dismiss Plaintiffs' Complaint is noticed for submission on July 22, 2026.

Dated: June 29, 2026

Respectfully submitted,

/s/ *Cortney Robinson Henderson*
Cortney Robinson Henderson*
Emily Sue Newton*+
Steven Y. Bressler*
Robin F. Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
williammost@gmail.com

Sarah von der Lippe*
(D.C. Bar No. 454585)

1

Minority Business Enterprise Legal Defense and
Education Fund, Inc.
1104 East Capitol St. NE
Washington, D.C. 20002
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenors*

*\*Admitted Pro Hac Vice*

*+ Of Counsel; located in Ohio; and admitted only
in Virginia*