**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

REVIER TECHNOLOGIES, INC., *et al.,*

    *Plaintiffs*,

  v.

LOEFFLER, *et al.*,

    *Defendants.*

CASE NO. 2:25-cv-02328
JUDGE ST. JOHN
MAG. NORTH

**NOTICE OF NO OPPOSITION**

Proposed Intervenors respectfully provide notice that the above-captioned parties do not oppose Proposed Intervenors' motion to intervene, filed on June 29, 2026. ECF No. 46.

Pursuant to Local Rule 7.6, counsel for Proposed Intervenors and counsel for the above-captioned parties conferred via email regarding the parties' position on Proposed Intervenors' motion. At the time of filing, Counsel for Defendants stated they were conferring with clients and were unable to provide their position on intervention. *Id.* Counsel for Defendants have now indicated that Defendants consent to Proposed Intervenors' motion to intervene. Counsel for Plaintiffs have already indicated that Plaintiffs do not oppose intervention. *Id.*

The parties and Proposed Intervenors are meeting and conferring on a briefing schedule to propose in a joint status report on or before July 20, 2026. *See* ECF No. 44.

Dated: July 10, 2026

Respectfully submitted,

/s/ *Cortney Robinson Henderson*
Cortney Robinson Henderson*
Emily Sue Newton*+
Steven Y. Bressler*
Robin F. Thurston*

1

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
williammost@gmail.com

Sarah von der Lippe*
(D.C. Bar No. 454585)
Minority Business Enterprise Legal Defense and
Education Fund, Inc.
1104 East Capitol St. NE
Washington, D.C. 20002
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Proposed Intervenors*

*\*Admitted Pro Hac Vice*

*+ Of Counsel; located in Ohio; and admitted only
in Virginia*

2