**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**REVIER TECHNOLOGIES, INC., ET AL.**                    **CIVIL ACTION**

**VERSUS**                                                **NUMBER: 25-2328**

**U.S. SMALL BUSINESS ADMINISTRATION, ET AL.**           **SECTION: "N"(5)**

## ORDER

Before the Court is the Motion to Intervene as Defendants on Behalf of Proposed Intervenors Sage Services Group and GovContractPros.  (Rec. doc. 46).  The motion is unopposed.  Accordingly,

**IT IS ORDERED** that the Motion to Intervene as Defendants on Behalf of Proposed Intervenors Sage Services Group and GovContractPros (rec. doc. 46) is **GRANTED AS UNOPPOSED**.

**IT IS FURTHER ORDERED** that the oral hearing set on July 23, 2026 is **CANCELLED**.

New Orleans, Louisiana, this 20th day of July, 2026.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**