**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.,* | |
| *Plaintiffs*, | CASE NO. 2:25-cv-02328 |
| v. | JUDGE ST. JOHN |
| LOEFFLER, *et al.*, | MAG. NORTH |
| *Defendants.* | |

## JOINT STATUS REPORT

Pursuant to the Court's May 28, 2026, order, ECF No. 44, Intervenor-Defendants Sage Services Group and GovContractPros, with Revier Technologies, Inc.,[1] and Young America's Foundation ("Plaintiffs"), and the United States Small Business Administration, United States Department of Justice, Kelly Loeffler in her official capacity, and Todd Blanche in his official capacity ("Government-Defendants") (with Plaintiffs, "the Parties"), respectfully propose the following schedule for further proceedings:

**Motion to Dismiss Briefing**

- Intervenor-Defendants' motion to dismiss, ECF No. 46-7 and 46-8, will be docketed by the Court;

- Plaintiffs' opposition to Intervenor-Defendants' motion to dismiss is due 30 days after the motion to dismiss is docketed;

- Intervenor-Defendants' (and Government-Defendants, if they chose to file) reply in support of the motion to dismiss is due 15 days after Plaintiffs' opposition;

---

[1] Intervenor-Defendants' motion to intervene was granted as unopposed on July 20, 2026. ECF No. 49.

1

**Production of Administrative Record**

- The production of an administrative record will be completed within 90 days of any order denying Intervenor-Defendants' motion to dismiss;[2]

**Summary Judgment Briefing**

- Plaintiffs' motion for summary judgment is due 60 days after discovery closes;

- Intervenor-Defendants and/or Government-Defendants' opposition and cross motion(s) for summary judgment is due 30 days after Plaintiffs' motion for summary judgment;

- Plaintiffs' opposition and reply in support of their motion for summary judgment is due 15 days after Intervenor-Defendants and/or Government-Defendants' opposition and cross motion(s) for summary judgment; and

- Intervenor-Defendants and/or Government-Defendants' reply in support of their motion(s) for summary judgment is due 15 days after Plaintiffs' opposition and reply.

Dated: July 20, 2026                                Respectfully submitted,

/s/ _Michael A. Petrino_                            /s/ _Cortney Robinson Henderson_
Michael A. Petrino*                                 Cortney Robinson Henderson*
Caleb Kruckenberg*                                  Emily Sue Newton*+
CENTER FOR INDIVIDUAL RIGHTS                         Steven Y. Bressler*
1100 Connecticut Ave, NW                            Robin F. Thurston*
Suite 625                                           Democracy Forward Foundation
Washington, DC 20036                                P.O. Box 34553
(202) 833-8400                                      Washington, D.C. 20043
petrino@cir-usa.org                                 Main: 202-448-9090

---

[2] Government-Defendants' position is that there should be no discovery since Plaintiffs solely bring claims under the Administrative Procedure Act (APA), which the government contends limits the Court's review to the administrative record. Plaintiffs agree with the Government-Defendants that no merits discovery is appropriate in this APA case and contend that if Intervenors-Defendants believe they are entitled to discovery that issue can be addressed as the government assembles an administrative record. Intervenor-Defendants do not take a position on whether discovery—generally, as extra-record discovery or supplementation of the administrative record—is appropriate or necessary at this time, but reserve the right to move for discovery and, if necessary, a revised briefing schedule following the production of any administrative record.

kruckenberg@cir-usa.org

Daniel P. Lennington*
Lucas Vebber*
WISCONSIN INSTITUTE FOR LAW
& LIBERTY, INC.
330 East Kilbourn Avenue
Suite 725
Milwaukee, WI 53202
(414) 727-9455
dan@will-law.org
lucas@will-law.org

F. Evans Schmidt, La. Bar #21863
KOCH & SCHMIDT LLC
650 Poydras Street
Suite 2660
New Orleans, LA 70130
(504) 208-9040
feschmidt@kochschmidt.com

*Counsel for Plaintiffs*

*Admitted pro hac vice*

crhenderson@democracyforward.org

William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
williammost@gmail.com

Sarah von der Lippe*
(D.C. Bar No. 454585)
Minority Business Enterprise Legal Defense and
Education Fund, Inc.
1104 East Capitol St. NE
Washington, D.C. 20002
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Intervenor-Defendants*

*Admitted Pro Hac Vice*
*+ Of Counsel; located in Ohio; and admitted only
in Virginia*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Director
Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Government-Defendants*