UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REVIER TECHNOLOGIES, INC., et al | CIVIL ACTION |
| VERSUS | NO: 25-2328 |
| KELLY LOEFFLER, et al | SECTION: N/5 |

## **CASE MANAGEMENT ORDER**

Considering the Joint Status Report; the Court's inherent authority to manage its own docket;[1] and the Court's determination that this matter is best resolved on cross-motions for summary judgment following completion of the administrative record, rather than through a motion to dismiss;[2]

**IT IS ORDERED** that the Defendants shall file the complete administrative record concerning Plaintiffs' claims, or a certified index thereof, no later than **September 4, 2026**.

**IT IS FURTHER ORDERED** that, within **15 days** of the filing of the administrative record, Plaintiffs shall file a statement regarding the completeness of the administrative record. If Plaintiffs contend that the administrative record is incomplete in any way, Plaintiffs shall describe the alleged omitted documents and shall set forth the basis for the contention that the documents were improperly omitted. If Plaintiffs possess the documents, copies shall be proffered to the Court along

---

[1] *Landis v. North American Co.*, 299 U.S. 248, 254 (1936) (describing "the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

[2] R. Doc. 50.

with such statement, subject to Defendants' right to object.

IT IS FURTHER ORDERED that any motions for summary judgment shall be filed no later than **October 5, 2026**, with a submission date of **November 25, 2026**.

IT IS FURTHER ORDERED that oppositions to any motions for summary judgment are due **November 4, 2026**.

IT IS FURTHER ORDERED that any replies in support of motions for summary judgment are due within **15 days** of the filing of the opposition briefs.

IT IS FURTHER ORDERED that Intervenor Defendants' Motion to Dismiss Plaintiffs' Complaint[3] is **DENIED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 21st day of July 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[3] R. Doc. 51.