**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REVIER TECHNOLOGIES, INC., *et al.*,<br>*Plaintiffs*,<br>v.<br>LOEFFLER, *et al.*,<br>*Defendants*. | CASE NO. 2:25-cv-02328<br>JUDGE ST. JOHN<br>MAG. NORTH |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, John W. Klein, Associate General Counsel for Procurement Law and Deputy General Counsel, Office of General Counsel, United States Small Business Administration ("SBA"), hereby certify that, to the best of my knowledge, the materials identified on the attached Index of Administrative Record comprise the supporting materials for SBA's Final Rule, *8(a) Business Development/Small Disadvantaged Business Status Determinations*, at 63 Fed. Reg. 35726 (June 30, 1998) ("1998 Final Rule") that are available to the agency. These materials are true, correct, and complete copies of various rules issued prior to the 1998 Final Rule. To the best of my knowledge additional documents could not be located after having conducted due diligence and would have likely been disposed of in approximately 2003 pursuant to the agency's normal retention schedule and

consistent with SBA policy. The 1998 Final Rule states that SBA received 95 timely comments in response to the 1997 Proposed Rule and, with the exception of comments which did not set forth any rationale or make suggestions, the 1998 Final Rule discussed and responded fully to the comments related to SBA's 8(a) Business Development Program.

Dated this 4th day of September 2026.

John W. Klein

**INDEX OF ADMINISTRATIVE RECORD**

| Bates Page Number Start | Document Title | Document Date |
|---|---|---|
| SBA 000001 | 44 FR 5320 - Proposed Rule | Jan. 25, 1979 |
| SBA 000008 | 44 FR 30672 - Final Rule | May 29, 1979 |
| SBA 000015 | 48 FR 56686 - Proposed Rule | Dec. 22, 1983 |
| SBA 000038 | 49 FR 6103 - Notice of Extension of Comment Period | Feb. 17, 1984 |
| SBA 000039 | 51 FR 36132 - Final Rule | Oct. 8, 1986 |
| SBA 000063 | 54 FR 12054 - Proposed Rule | Mar. 23, 1989 |
| SBA 000112 | 54 FR 34692 – Final Rule | Aug. 21, 1989 |
| SBA 000166 | 62 FR 43584 - Proposed Rule | Aug. 14, 1997 |
| SBA 000211 | 63 FR 35726 – Final Rule | June 30, 1998 |