**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REVIER TECHNOLOGIES, INC.; YOUNG AMERICA'S FOUNDATION,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>KELLY LOEFFLER, *et al.*,<br><br>*Defendants*. | No. 2:25-cv-02328-ASJ-MBN |

**PLAINTIFFS' STATEMENT REGARDING**
**THE COMPLETENESS OF THE ADMINISTRATIVE RECORD**

Per the Court's July 21, 2026, Case Management Order (ECF No. 52), Revier Technologies, Inc., and Young America's Foundation ("Plaintiffs") respectfully submit the following statement regarding the administrative record for the challenged rule, *8(a) Business Development/Small Disadvantaged Business Status Determinations*, 63 Fed. Reg. 35726 (June 30, 1998).

1. On July 21, 2026, the Court entered a Case Management Order directing the Defendants—the United States Small Business Administration, United States Department of Justice, Kelly Loeffler in her official capacity, and Todd Blanche[1] in his official capacity—to file the complete administrative record regarding Plaintiffs' claims by September 4, 2026.

2. On September 4, Defendants filed a Certification of Administrative Record (ECF No. 53), together with 252 pages of federal register notices (ECF No. 53-1).

---

[1] Acting Attorney General Todd Blanche is automatically substituted for Defendant Pamela Bondi pursuant to Federal Rule of Civil Procedure 25(d).

3. That Certification states, in relevant part, that "[t]o the best of my knowledge additional documents could not be located after having conducted due diligence and would have likely been disposed of in approximately 2003 pursuant to the agency's normal retention schedule and consistent with SBA policy." Defs' Certification at 1 (ECF No. 53).

4. The Court's Case Management Order also directs Plaintiffs to file, within 15 days of the filing of the administrative record, a statement regarding the completeness of the administrative record, together with any documents Plaintiffs believe were improperly omitted and supporting contentions.

5. Plaintiffs state that they are not aware of any documents that Defendants improperly omitted from the administrative record, per the governing standard from *Medina County Environmental Action Ass'n v. Surface Transportation Board*, 602 F.3d 687, 706–07 (5th Cir. 2010).

Date: September 21, 2026

Respectfully submitted,

*/s/ Michael A. Petrino*

Michael A. Petrino*
Caleb Kruckenberg*
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave, NW
Suite 625
Washington, DC 20036
(202) 833-8400
petrino@cir-usa.org
kruckenberg@cir-usa.org

Daniel P. Lennington*
Lucas Vebber*
WISCONSIN INSTITUTE FOR LAW
& LIBERTY, INC.
1241 N Franklin Place
Milwaukee, WI 53202
(414) 727-9455
dan@will-law.org

lucas@will-law.org

F. Evans Schmidt, La. Bar #21863
KOCH & SCHMIDT LLC
650 Poydras Street
Suite 2660
New Orleans, LA 70130
(504) 208-9040
feschmidt@kochschmidt.com

*Counsel for Plaintiffs*

*Admitted *pro hac vice*