**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REVIER TECHNOLOGIES, INC.; YOUNG AMERICA'S FOUNDATION,<br>*Plaintiffs*,<br>*v.*<br>KELLY LOEFFLER, *et al.*,<br>*Defendants*. | No. 2:25-cv-02328-ASJ-MBN |

**PLAINTIFFS' CONSENT MOTION**
**TO MODIFY THE CASE MANAGEMENT ORDER**

Plaintiffs, Revier Technologies, Inc., and Young America's Foundation, respectfully request that the Court modify its July 21, 2026, Case Management Order (ECF No. 52), to extend briefing deadlines by 14 days. Defendants and Intervenors consent to this relief.

1. On September 17, 2025, Plaintiffs filed their Complaint (ECF No. 1) seeking to vacate *8(a) Business Development/Small Disadvantaged Business Status Determinations*, 63 Fed. Reg. 35726 (June 30, 1998), owing to the rule's use of race and ethnicity to presume social disadvantage codified in 13 C.F.R. § 124.103.

2. On July 21, 2026, the Court entered a Case Management Order directing summary judgment motions to be filed by Monday, October 5, 2026.

3. On September 10, 2026, a revised version of this rule went into effect—*Reforms to 13 CFR 124.103 To Remove SBA's 8(a) Program's Rebuttable Presumption of Social Disadvantage for Individually Owned Firms Only. Reforms Do Not Impact Entity-Owned Firms* (91 Fed. Reg. 51568).

4. Per the government's summary, "the rule amends SBA's regulations to remove the rebuttable presumption that individuals belonging to certain designated groups are socially disadvantaged and sets forth revised standards for individuals establishing social disadvantage." 91 Fed. Reg. 51568.

5. In light of the new rule, Plaintiffs have been assessing how and whether to proceed. Plaintiffs respectfully request additional time to further consider the changed legal landscape of this case, by extending the deadline for summary judgment briefs 14 days—from October 5 to October 19—with a symmetrical extension for the deadline for oppositions, moving that deadline from November 4 to November 18.

6. Defendants and Intervenors have consented to this two-week extension.

7. Plaintiffs respectfully submit that an additional two weeks would not prejudice any party and should save the parties, and likely the Court, significant resources as the additional time permits parties to focus their arguments or eliminate unnecessary arguments in light of the new rule.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Michael A. Petrino*

Michael A. Petrino*
Caleb Kruckenberg*
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave, NW
Suite 625
Washington, DC 20036
(202) 833-8400
petrino@cir-usa.org
kruckenberg@cir-usa.org

Daniel P. Lennington*
Lucas Vebber*
WISCONSIN INSTITUTE FOR LAW
& LIBERTY, INC.

1241 N Franklin Place
Milwaukee, WI 53202
(414) 727-9455
dan@will-law.org
lucas@will-law.org

F. Evans Schmidt, La. Bar #21863
KOCH & SCHMIDT LLC
650 Poydras Street
Suite 2660
New Orleans, LA 70130
(504) 208-9040
feschmidt@kochschmidt.com

*Counsel for Plaintiffs*

*Admitted *pro hac vice*