**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REVIER TECHNOLOGIES, INC.; YOUNG AMERICA'S FOUNDATION,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>KELLY LOEFFLER, *et al.*,<br><br>*Defendants*. | No. 2:25-cv-02328-ASJ-MBN |

**[PROPOSED] ORDER**

Plaintiffs' Consent Motion to Modify the Case Management Order (ECF No. __) to extend briefing deadlines by 14 days, is hereby GRANTED. It is hereby ORDERED that:

1. The Case Management Order (ECF No. 52) is amended to state that any motions for summary judgment shall be filed no later than October 19, 2026.

2. The Case Management Order is further amended to state that oppositions to any motions for summary judgment are due November 18, 2026.

SO ORDERED.

______________________________
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE