**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **REVIER TECHNOLOGIES, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2328** |
| **KELLY LOEFFLER, ET AL.** | **SECTION: N** |

**ORDER**

Considering Plaintiffs' Consent Motion for Extension of Deadlines,[1]

**IT IS ORDERED** that the motion to extend briefing deadlines by fourteen days is **GRANTED.**

**IT IS HEREBY ORDERED** that the Case Management Order[2] is amended to state that any motions for summary judgment shall be filed no later than **October 19, 2026.**

**IT IS HEREBY ORDERED** that the Case Management Order is further amended to state that oppositions to any motions for summary judgment shall be filed no later than **November 18, 2026.**

New Orleans, Louisiana, this 2nd day of October, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

[1] Rec. Doc. 56.
[2] Rec. Doc. 52.