**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REVIER TECHNOLOGIES, INC.; YOUNG AMERICA'S FOUNDATION,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>KELLY LOEFFLER, *et al.*,<br><br>*Defendants*,<br>and<br><br>SAGE SERVICES GROUP; GOVCONTRACTPROS,<br><br>*Intervenor-Defendants*. | No. 2:25-cv-02328-ASJ-MBN |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned, through counsel for all parties who have appeared in this action, hereby stipulate to the dismissal of this action in its entirety, including all claims asserted by Plaintiffs Revier Technologies, Inc. and Young America's Foundation against all Defendants, WITHOUT PREJUDICE.

Each party shall bear its own attorneys' fees, costs, and expenses incurred in this action, and each party waives any claim against any other party for recovery of those amounts. This waiver includes any request under Federal Rule of Civil Procedure 41(d) to recover the fees, costs, or expenses of this action in any subsequent action. It does not address fees, costs, or expenses incurred in any subsequent action.

Dated: October 14, 2026

Respectfully submitted,

/s/ Michael A. Petrino
Michael A. Petrino*
Caleb Kruckenberg*
CENTER FOR INDIVIDUAL RIGHTS
1310 N. Courthouse Rd.
Suite 610
Arlington, VA 22201
(202) 833-8400
petrino@cir-usa.org
kruckenberg@cir-usa.org

Daniel P. Lennington*
Lucas Vebber*
WISCONSIN INSTITUTE FOR LAW
& LIBERTY, INC.
1241 N Franklin Place
Milwaukee, WI 53202
(414) 727-9455
dan@will-law.org
lucas@will-law.org

F. Evans Schmidt, La. Bar #21863
KOCH & SCHMIDT LLC
650 Poydras Street
Suite 2660
New Orleans, LA 70130
(504) 208-9040
feschmidt@kochschmidt.com

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOT
Assistant Branch Director

/s/ Eitan R. Sirkovich
EITAN R. SIRKOVICH
D.C. Bar No. 90030102
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 353-5525
eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/ Cortney Robinson Henderson
Cortney Robinson Henderson*
Emily Sue Newton*+
Steven Y. Bressler*
Robin F. Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Main: 202-448-9090
crhenderson@democracyforward.org

William Most (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
williammost@gmail.com

Sarah von der Lippe*
(D.C. Bar No. 454585)
Minority Business Enterprise Legal Defense
and Education Fund, Inc.
1104 East Capitol St. NE

Washington. D.C. 20002
(202) 744-5415
Outsidecounsel1@mbeldefwatchdog.org

*Counsel for Intervenor-Defendants*

**Admitted Pro Hac Vice*
+ *Of Counsel; located in Ohio; and admitted only in Virginia*