**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **REVIER TECHNOLOGIES, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-2328** |
| **KELLY LOEFFLER, ET AL.** | **SECTION: N** |

# ORDER

Considering the Stipulation of Dismissal Without Prejudice by all parties,[1]

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiffs Revier Technologies, Inc. and Young America's Foundation against all Defendants raised in the above captioned matter are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 15th day of October 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

[1] Rec. Doc. 58.